**Opinion issued November 26, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00808-CV

———————————

## IN RE DAVID BRECKER, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, David Brecker, has filed a petition for writ of mandamus. He challenges the trial court's temporary order transferring the right to designate the primary residence of his child C.B. from him to the child's mother, the real party in

interest, Misty Brecker, and granting the mother the exclusive right to make all medical decisions affecting C.B.[*]

We **deny** the petition for writ of mandamus.

## PER CURIAM

Panel consists of Justices Keyes, Higley, and Massengale.

---

[*] The underlying case is *In the Interest of C.B. and A.B., Children*, cause number 2009L-4689, pending in the County Court at Law of Austin County, Texas, the Hon. Daniel W. Leedy presiding.